# United States District Court

SOUTHERN DISTRICT OF NEW YORK

DB STRUCTURED PRODUCTS, INC.

V.

BAYROCK MORTGAGE CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

07 CV 4126

TO: (Name and address of defendant)

BAYROCK MORTGAGE CORPORATION
11575 Great Oaks Way
Alpharetta, Georgia 30022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THACHER PROFFITT & WOOD LLP
Richard F. Hans (RH-0110)
John P. Doherty (JD-3275)

Two World Financial Center
New York, New York 10281
(212) 912-7400

an answer to the complaint which is herewith served upon you, within _____TWENTY_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 2 5 2007

J. MICHAEL McMAHON

CLERK                                                           DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,                    )   **ECF CASE**
                                    Plaintiff,  )
                                                 )   07 Civ. 4126 (UA/DLC)
           -against-                             )
                                                 )   **AFFIDAVIT OF SERVICE**
BAYROCK MORTGAGE CORPORATION                     )
                                                 )
                                    Defendant.   )
-----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

JONATHAN WILSON, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and resides at 657 Crotona Park North, Bronx, New York 10457.

On May 30, 2007, deponent served: (i) Complaint; (ii) Summons; (iii) Explanation Of Relatedness; (iv) Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1; (v) Civil Cover Sheet; (vi) Individual Practices Of Judge Denise Cote; (vii) Individual Practices Of Magistrate Judge Kevin Nathaniel Fox; (viii) 3rd Amended Instructions For Filing An Electronic Case Or Appeal; (ix) Procedures For Electronic Case Filing and; (x) Guidelines For Electronic Case Filing upon Defendant Bayrock Mortgage Corporation, by personally delivering to the offices of National Registered Agents, Inc., registered agent of Bayrock Mortgage Corporation, located at 875 Avenue of the Americas, New York, New York 10001, and leaving with Ms. Gerri Mirando, Process Specialist, true and correct copies thereof.

Ms. Mirando is a Caucasian Female, about 50 years of age, 5'4" 180 lbs. and has black hair.

Ms. Mirando accepted service on behalf of Bayrock Mortgage Corporation.

*Jonathan E. Wilson*
JONATHAN E. WILSON

Sworn to before me this
30th day of May 2007

_____
Notary Public

BRENDAN ERNEST ZAHNER
NOTARY PUBLIC, State of New York
No. 02ZA6088482
Qualified in Nassau County
Commission Expires March 3, 2011