UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DB STRUCTURED PRODUCTS, INC.,            )  **ECF CASE**

                     Plaintiff,      )

                                      )  07 Civ. 4126 (DLC)

    -against-                    )

                                      )  **AFFIDAVIT OF SERVICE**

BAYROCK MORTGAGE CORPORATION     )

                                      )

                    Defendant.      )
------------------------------------------------------------x

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK )

       JACKELINE N. NOVIKOV-CARLES, being duly sworn, deposes and says that deponent is not a party to this action, is over eighteen years of age and has a business address at Two World Financial Center, New York, New York 10281.

       On July 2, 2007, deponent served a copy of the Notice of Initial Pretrial Conference dated June 20, 2007 by depositing a true and correct copy of same into the custody of the United States Postal Service, enclosed in a properly addressed postage prepaid envelope to:

                                    Gary C. Harris
                                    Law Offices Gary C. Harris, P.A.
                                    Post Office Box 1190
                                    Clayton, GA 30525

                                   _____
                                   JACKELINE N. NOVIKOV-CARLES

Sworn to before me this
3rd day of July 2007

_____
Notary Public

JONATHAN E. WILSON
Notary Public, State of New York
No. 01WI6091214
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires April 28, 2011