Duplicate Original

# Thacher Proffitt



Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
JDoherty@tpw.com

**MEMO ENDORSED**

July 25, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-07
```

BY HAND

The Honorable Denise Cote
United States District Judge
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

Re: DB Structured Products, Inc. v. Mortgage Corporation
     of America, Inc., d/b/a Zone Funding                                    07 CV 4106
   DB Structured Products, Inc. v. Baltimore
     American Mortgage Corporation, Inc.,                                    07 CV 4109
   DB Structured Products, Inc. v. First Capital Mortgage Corp.              07 CV 4115
   DB Structured Products, Inc. v. Prajna
     Group, Inc., d/b/a Liberty Mortgage Funding,                            07 CV 4116
   DB Structured Products, Inc. v. ACT Lending Corporation,                  07 CV 4117
   DB Structured Products, Inc. v. Commonsense Mortgage, Inc.,               07 CV 4118
   DB Structured Products, Inc. v. Lender Ltd.,                              07 CV 4119
   DB Structured Products, Inc. v. Maribella Mortgage, LLC,                  07 CV 4120
   DB Structured Products, Inc. v. Lancaster Mortgage Bankers, LLC,          07 CV 4121
   DB Structured Products, Inc. v. Great Northern Financial Group, Inc.,    07 CV 4122
   DB Structured Products, Inc. v. Investaid Corporation,                    07 CV 4123
   DB Structured Products, Inc. v. Cameron Financial Group, Inc.,            07 CV 4124
   DB Structured Products, Inc. v. Transnational Financial Network, Inc.,   07 CV 4125
   DB Structured Products, Inc. v. Bayrock Mortgage Corporation,             07 CV 4126 ←
   DB Structured Products, Inc. v. iFreedom Direct
     Corporation, f/k/a New Freedom Mortgage Corporation.                    07 CV 4127

Dear Judge Cote:

    Our firm is counsel to the Plaintiff in the fifteen referenced actions pending before Your Honor. We write to request an adjournment of the initial pre-trial conferences currently scheduled for August 3, 2007. Specifically, we request that the initial pre-trial conferences for the above cases be adjourned as follows:

New York, NY     Washington, DC     White Plains, NY     Summit, NJ     México City, México

The Honorable Denise Cote                                          Page 2
July 25, 2007

1. The conference for *DB Structured Products, Inc. v. Lender Ltd.*, 07 CV 4119 be adjourned to September 7, 2007 at 2:00 p.m.;

2. The conferences for *DB Structured Products, Inc. v. Great Northern Financial Group, Inc.*, 07 CV 4122 and *DB Structured Products, Inc. v. Transnational Financial Network, Inc.*, 07 CV 4125 be adjourned to September 21, 2007 at 2:00 p.m.; and

3. The conferences for all of the remaining matters above be adjourned until September 14, 2007 at 2:00 p.m.

All parties who have appeared or who have otherwise contacted us (defendants in eight of the fifteen cases) have consented to this request. This is the first request for an extension of this deadline.

As to the fifteen litigations, defendants in seven cases are in default, two cases have resulted in active settlement discussions, and the remaining six cases are expected to be contested litigations. We expect to apply for default judgment against the seven defaulting defendants pursuant to the Court's Default Judgment Procedure prior to the adjournment dates requested above.

If the Court has any questions, please do not hesitate to contact me at (212) 912-7417 or Brendan Zahner at (212) 912-7622.

Respectfully submitted,

John P. Doherty
JDoherty@tpw.com

Denied.

Denise Cote
August 1, 2007

Cc(via facsimile):   Peter J. Fazio
                     Warren Wynshaw
                     Mark Kaufman
                     Linden Thomas
                     Michael DiChiaro
                     Kenneth Bressler
                     Gary Harris