UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
DB STRUCTURED PRODUCTS, INC.,                          :
                                                       : Civil Action No.:
                    Plaintiff,                         : 07 CV 4126 (DLC)
                                                       :
           -- against --                               :
                                                       :
BAYROCK MORTGAGE                                       :
CORPORATION,                                           :
                                                       :
                    Defendant.                         :
                                                       :
-------------------------------------------------------x

## STIPULATION

      IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties, that the time for Defendant Bayrock Mortgage Corporation to answer or otherwise respond to Plaintiff's complaint is hereby extended to and including August 31, 2007.

Dated: New York, New York
       August 23, 2007

| THACHER PROFFITT & WOOD LLP | FEDER, KASZOVITZ, ISAACSON WEBER, SKALA, BASS & RHINE LLP |
|---|---|
| By: _____ <br> Christopher Lynch (CL-3290) <br> Two World Financial Center <br> New York, New York 10281 <br> Telephone: (212) 912-7400 | By: _____ <br> Ezio Scaldaferri (ES-4516) <br> 750 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 888-8200 |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED:

_____
U.S.D.J.