UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
DB STRUCTURED PRODUCTS, INC.,          :
                                       : Civil Action No.:
          Plaintiff,                  : 07 CV 4126 (DLC)
                                       :
  -- against --                        :
                                       :
BAYROCK MORTGAGE                       :
CORPORATION,                           :
                                       :
          Defendant.                  :
                                       :
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

## STIPULATION

        **IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel for the parties, that the time for Defendant Bayrock Mortgage Corporation to answer or otherwise respond to Plaintiff's complaint is hereby extended to and including August 31, 2007.

Dated: New York, New York
       August 23, 2007

THACHER PROFFITT & WOOD LLP      FEDER, KASZOVITZ, ISAACSON
                                                          WEBER, SKALA, BASS & RHINE LLP

By: _____             By: _____
Christopher Lynch (CL-3290)           Ezio Scaldaferri (ES-4516)
Two World Financial Center             750 Lexington Avenue
New York, New York 10281             New York, New York 10022
Telephone: (212) 912-7400              Telephone: (212) 888-8200

Attorneys for Plaintiff                      Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.
August 24, 2007