```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DB STRUCTURED PRODUCTS, INC.,          :

                Plaintiff,              :
                                                            ORDER
        -against-                       :
                                                    07 Civ. 4106 (DLC)(KNF)
MORTGAGE CORP. OF AMERICA, INC.,       :
d/b/a/ ZONE FUNDING,
                                        :
                Defendant.
-------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,          :

                Plaintiff,              :

        -against-                       :

                                        :   07 Civ. 4109  (DLC)(KNF)
BALTIMORE AMERICA MORTGAGE CORP.,
INC.,                                   :

                Defendant.              :
----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,          :

                Plaintiff,              :

        -against-                       :
                                            07 Civ. 4115 (DLC)(KNF)
FIRST CAPITAL MORTGAGE CORP.,          :

                Defendant.              :
----------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,          :

                Plaintiff,              :

        -against-                       :

                                            07 Civ. 4116 (DLC)(KNF)
PRAJNA GROUP, INC. d/b/a LIBERTY       :
MORTGAGE FUNDING,
                                        :
                Defendant.
-------------------------------------------------------- :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/07

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                      Plaintiff,           :

           -against-                       :
                                                07 Civ. 4117 (DLC)(KNF)
ACT LENDING CORP.,                         :

                      Defendant.           :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                      Plaintiff,           :

           -against-                       :
                                                07 Civ. 4118 (DLC)(KNF)
COMMONSENSE MORTGAGE CORP., INC.,          :

                      Defendant.           :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                      Plaintiff,           :

           -against-                       :
                                                07 Civ. 4119 (DLC)(KNF)
LENDER, LTD.,                              :

                      Defendant.           :
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,              :

                      Plaintiff,           :

           -against-                       :
                                                07 Civ. 4120 (DLC)(KNF)
MARIBELLA MORTAGE, LLC,                    :

                      Defendant.           :
------------------------------------------------------------
```

|   |   |   |
|---|---|---|
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4121 (DLC)(KNF) |
| LANCASTER MORTAGE BANKERS, LLC, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4122 (DLC)(KNF) |
| GREAT NORTHERN FINANCIAL GROUP, INC., | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4123 (DLC)(KNF) |
| INVESTAID CORPORATION, | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |
| DB STRUCTURED PRODUCTS, INC., | : | |
| Plaintiff, | : | |
| -against- | : | 07 Civ. 4124 (DLC)(KNF) |
| CAMERON FINANCIAL GROUP, INC., | : | |
| Defendant. | : | |
| ------------------------------------------------------------ | | |

```
------------------------------------------------------------
DB STRUCTURED PRODUCTS, INC.,                  :

                Plaintiff,                     :

        -against-                              :
                                                       07 Civ. 4125 (DLC)(KNF)
TRANSNATIONAL FINANCIAL NETWORK,               :
INC.,
                                               :
                Defendant.
--------------------------------------------------------- :
DB STRUCTURED PRODUCTS, INC.,
                                               :
                Plaintiff,
                                               :
        -against-
                                               :
                                                       07 Civ. 4126 (DLC)(KNF)
BAYROCK MORTGAGE CORPORATION,
                                               :
                Defendant.
------------------------------------------------------- X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned actions on September 24, 2007, at 5:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE