UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                             :

DB STRUCTURED PRODUCTS, INC.,   :
                             :  Civil Action No.:
            Plaintiff,     :  07 CV 4126 (DLC) (KNF)
                             :
        -- against --     :
                             :
BAYROCK MORTGAGE       :
CORPORATION,             :
                             :
        Defendant.      :
                             :
-------------------------------------------------------x

## RULE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bayrock Mortgage Corporation, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE.

Dated: New York, New York
       August 31, 2007

                            FEDER, KASZOVITZ, ISAACSON
                            WEBER, SKALA, BASS & RHINE LLP

                            By: _____/s/_____
                               Ezio Scaldaferri (ES-4516)
                               David Sack (DS-6532)
                            750 Lexington Avenue
                            New York, New York 10022
                            Telephone: (212) 888-8200

                            Attorneys for Defendant