
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 09/26/07

---

DB STRUCTURED PRODUCTS, INC.,

Plaintiff,

-against-

MORTGAGE CORP. OF AMERICA, INC., d/b/a/ ZONE FUNDING,

Defendant.

**ORDER**

07 Civ. 4106 (DLC)(KNF)

---

DB STRUCTURED PRODUCTS, INC.,

Plaintiff,

-against-

BALTIMORE AMERICA MORTGAGE CORP., INC.,

Defendant.

07 Civ. 4109 (DLC)(KNF)

---

DB STRUCTURED PRODUCTS, INC.,

Plaintiff,

-against-

FIRST CAPITAL MORTGAGE CORP.,

Defendant.

07 Civ. 4115 (DLC)(KNF)

---

| | | |
|---|---|---|
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- PRAJNA GROUP, INC. d/b/a LIBERTY MORTGAGE FUNDING, Defendant. | : | 07 Civ. 4116 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- ACT LENDING CORP., Defendant. | : | 07 Civ. 4117 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- COMMONSENSE MORTGAGE CORP., INC., Defendant. | : | 07 Civ. 4118 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- LENDER, LTD., Defendant. | : | 07 Civ. 4119 (DLC)(KNF) |

| | | |
|---|---|---|
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- MARIBELLA MORTGAGE, LLC, Defendant. | : | 07 Civ. 4120 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- LANCASTER MORTGAGE BANKERS, LLC, Defendant. | : | 07 Civ. 4121 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- GREAT NORTHERN FINANCIAL GROUP, INC., Defendant. | : | 07 Civ. 4122 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- INVESTAID CORPORATION, Defendant. | : | 07 Civ. 4123 (DLC)(KNF) |

---

| | | |
|---|---|---|
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- CAMERON FINANCIAL GROUP, INC. Defendant. | : | 07 Civ. 4124 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- TRANSNATIONAL FIN. NETWORK, INC., Defendant. | : | 07 Civ. 4125 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC., Plaintiff, -against- BAYROCK MORTGAGE CORPORATION, Defendant. | : X | 07 Civ. 4126 (DLC)(KNF) |

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that:

(1) settlement conferences shall be held in courtroom 20A, 500 Pearl Street, New York, New York, with the plaintiff, and the following defendants, on the dates identified below:

    A. First Capital Mortgage Corp.
November 12, 2007, at 10:30 a.m.,

B. Bayrock Mortgage Corp.
November 12, 2007, at 2:30 p.m.,

C. Baltimore America Mortgage Corp.
November 13, 2007, at 10:30 a.m.,

D. Lender Ltd.
November 13, 2007, at 2:30 p.m.,

E. Cameron Financial Group, Inc.
November 15, 2007, at 10:30 a.m.,

F. Prajna Group, Inc.
(d/b/a Liberty Mortgage Funding)
November 15, 2007, at 3:00 p.m.,

G. Transnational Financial Network, Inc.
December 4, 2007, at 2:30 p.m.,

H. Great Northern Financial Group, Inc.
December 5, 2007, at 10:30 a.m.,

I. Maribella Mortgage, LLC
February 4, 2008, at 10:30 a.m.,

J. Lancaster Mortgage Bankers, LLC
February 5, 2008, at 10:30 a.m.; and

(2) the parties shall review the Settlement Procedures under which the conferences will be conducted, in particular the attendance and pre-conference submission requirements specified in paragraphs three and six of the Procedures. The Settlement Procedures may be accessed on the Court's website at:
http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3) at least ten days prior to the respective settlement conference dates, the appropriate parties shall confer, in person or by telephone, to engage in good-faith settlement negotiations. Should any of the above-noted parties resolve their litigation prior to the settlement conference, those parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
September 26, 2007

SO ORDERED:

Kevin Nathaniel Fox

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE