```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>BALTIMORE AMERICAN MORTGAGE CORPORATION, INC.<br><br>    Defendant. | **ECF CASE**<br><br>07 Civ. 4109 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>FIRST CAPITAL MORTGAGE CORP.<br><br>    Defendant. | **ECF CASE**<br><br>07 Civ. 4115 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>LENDER, LTD.<br><br>    Defendant. | **ECF CASE**<br><br>07 Civ. 4119 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC.<br><br>    Plaintiff,<br><br>-against-<br><br>GREAT NORTHERN FINANCIAL GROUP, INC.<br><br>    Defendant. | **ECF CASE**<br><br>07 Civ. 4122 (DLC)(KNF) |

| | |
|---|---|
| DB STRUCTURED PRODUCTS, INC.<br><br>                    Plaintiff,<br><br>-against-<br><br>CAMERON FINANCIAL GROUP, INC.<br><br>                    Defendant. | **ECF CASE**<br><br>07 Civ. 4124 (DLC) (KNF) |
| DB STRUCTURED PRODUCTS, INC.<br><br>                    Plaintiff,<br><br>-against-<br><br>TRANSNATIONAL FINANCIAL NETWORK, INC.<br><br>                    Defendant. | **ECF CASE**<br><br>07 Civ. 4125 (DLC)(KNF) |
| DB STRUCTURED PRODUCTS, INC.<br><br>                    Plaintiff,<br><br>-against-<br><br>BAYROCK MORTGAGE CORPORATION<br><br>                    Defendant. | **ECF CASE**<br><br>07 Civ 4126 (DLC)(KNF) ←<br>         *(Duplicate Original)* |

## AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

In light of the continued efforts of the parties to mediate their disputes before Magistrate Judge Kevin Nathaniel Fox, the following Amended Case Management Plan and Scheduling Order is adopted.

1. Defendants' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **February 14, 2008**. Plaintiff's identification of experts and disclosure of expert testimony must occur by **March 14, 2008**.

2. All discovery must be completed by **April 1, 2008**. *There shall be no extension.*

2

3. The next **pretrial conference** is scheduled for ~~March 21, 2008 at 10:00~~ *March 28, 2008 at 9:00 am* a.m. in Courtroom 11B, 500 Pearl Street.

Dated: January *16*, 2008
  New York, New York

SO ORDERED:

_____
DENISE L. COTE
United States District Judge

3