**MEMO ENDORSED**



# Thacher Proffitt

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/25/08



KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
jdoherty@tpw.com
Admitted in NY

January 24, 2008

Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007

Mediation: *DB Structured Products, Inc. v. BayRock Mortgage Corporation*
Case Number: 07 CV 4126 (DLC) (KNF)
Mediation Date: January 29, 2008 at 10:00 a.m.

Dear Judge Fox,

With the consent of counsel for Defendant BayRock Mortgage Corporation, we write to request an adjournment of the above-referenced settlement conference. The parties are currently in the process of settling this dispute and have exchanged drafts of a proposed settlement agreement. Therefore, we ask that the settlement conference be adjourned, to be rescheduled if necessary.

Please contact me if you have any questions.

*1/25/08*
*The parties shall, on or before February 13, 2008, submit to the Court a copy of their fully executed stipulation of discontinuance and order of dismissal or shall appear for a settlement conference on February 20, 2008 at 10:30 a.m.*
*SO ORDERED:*
*Kevin Nathaniel Fox, U.S.M.J.*

Respectfully submitted,

John P. Doherty /by JSK

John P. Doherty, Esq.

cc (via facsimile):

Ezio Scaldaferri, Esq.
David Hack, Esq.
Ezio, Kaszovitz, Isaacson, Weber
    Scala, Bass & Rhine LLP
*Attorneys for Defendant*
    *BayRock Mortgage Corporation*
750 Lexington Avenue
New York, New York 10022