# FEDER, KASZOVITZ, ISAACSON, WEBER, SKALA, BASS & RHINE LLP

ATTORNEYS AT LAW

INTERNATIONAL PLAZA
750 LEXINGTON AVENUE
NEW YORK, N. Y. 10022-1200

TELEPHONE: (212) 888-8200

FACSIMILE: (212) 888-7776

WRITER'S DIRECT DIAL:
(212) 888-1110 EXT.

**MEMO ENDORSED**



February 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/20/08

Hon. Kevin N. Fox
U.S. Magistrate Judge
U.S. District Court, Southern District N.Y.
40 Centre Street, Room 540
New York, NY 10007

Re: *DB Structured Products, Inc. v. BayRock Mortgage Corp*, No. 07 CV 4126 (DLC) (KNF);
Scheduled Mediation date: February 20, 2008

Dear Judge Fox:

With the consent of counsel for plaintiff DB Structured Products, Inc., I respectfully request at least a two week adjournment of the above-referenced settlement conference for two reasons. First, on February 20, 2008, I am actually engaged before Justice Demarest in Supreme Court, Kings County in the case of *Fentin v. Carillo*, an appearance which was scheduled before Your Honor set the date of the conference in this matter.

Second, the parties have worked towards a resolution of this matter; a final draft of a settlement agreement is being circulated today; and we expect to be able to report to Your Honor in the coming days that a settlement has been executed. Given that a settlement is so near, we believe that a conference at this point would merely waste judicial time.

Please contact me if there are any questions.

Respectfully,

Ezio Scaldaferri

2/20/08
The parties shall, on or before February 29, 2008, submit to the Court a copy of their fully executed stipulation of discontinuance and order of dismissal or shall appear for a settlement conference on March 3, 2008, at 11:30 a.m.
SO ORDERED:
/Kevin N. Fox/ Kevin Nathaniel Fox, USMJ

cc: Chris Lynch, Esq.