

**Thacher Proffitt**

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

Direct Dial: 212.912.7417
jdoherty@tpw.com
Admitted in NY

# MEMO ENDORSED

March 14, 2008

-VIA FACSIMILE-
Kevin Nathaniel Fox
U.S. Magistrate Judge
United States District Court
Southern District of New York
40 Centre Street, Room 540
New York, NY 10007



RECEIVED
MAR 14 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Mediation: *DB Structured Products, Inc. v. Bayrock Mortgage Corporation*
Case Number: 07 CV 4126 (DLC) (KNF)
Mediation Date: March 17, 2008 at 11:00 a.m.

Dear Magistrate Judge Fox,

      We represent Plaintiff DB Structured Products, Inc. ("DBSP") in the above-referenced matter. With the consent of counsel for Defendant Bayrock Mortgage Corporation, we write to request an adjournment of the above-referenced settlement conference. The parties have reached a settlement agreement in principle and are currently in the process of finalizing the terms of this agreement. Therefore, because the parties expect to enter into a settlement agreement soon, we ask that the settlement conference be adjourned. We have spoken with Your Honor's clerk, who has informed us that April 22nd is available as a potential alternative date for mediation; we ask that Your Honor reschedule the settlement conference – which we do not anticipate will be necessary – for April 22, 2008.

      In addition, the two individuals at DBSP with settlement authority will be out of town on and during the week of March 17 and Defendant's principal is in excess of 100 miles from the Courthouse. As such, if the settlement conference cannot be adjourned, we ask that Your Honor permit both parties to appear at the conference by telephone.

      Please contact me if you have any questions.

3/14/08
Application denied. Please
see the order dated February
29, 2008. The parties were directed
to submit a copy of their settlement
agreement to the Court, on or before
March 12, 2008. The document
has not been received. Please
send it via facsimile (212) 805-6712
before the close of business today, March
14, 2008. Principals may participate in the settlement conference via telephone.
SO ORDERED: [signature] 404, U.S.M.J

Respectfully submitted,

*John P. Doherty* (cAc)

John P. Doherty, Esq.

New York, NY    Washington, DC    White Plains, NY    Summit, NJ    México City, México

Judge Kevin Nathaniel Fox  
March 14, 2008

Page 2

cc (via facsimile):

    Ezio Scaldaferri, Esq.  
    David Hack, Esq.  
    Ezio, Kaszovitz, Isaccson, Weber  
       Scala, Bass & Rhine LLP  
    *Attorneys for Defendant*  
       *BayRock Mortgage Corporation*  
    750 Lexington Avenue  
    New York, New York  10022