```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DB STRUCTURED PRODUCTS, INC.,           :
                       Plaintiff,       :
                                        :   07 Civ. 4126 (DLC)
         -v-                            :
                                        :       ORDER OF
BAYROCK MORTGAGE CORPORATION,           :    DISCONTINUANCE
                       Defendant.       :
                                        :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/19/08

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         March 19, 2008

                                   _____
                                           DENISE COTE
                                   United States District Judge